JS-6

Craig T. Byrnes
THE LAW OFFICES OF CRAIG T. BYRNES
1500 Rosecrans Ave., #500
Manhattan Beach, CA 90266
310-706-4177
310-362-8445 (fax)

Attorney for Plaintiff DONALD KELLEN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD KELLEN**, an individual,<br>             Plaintiff,<br><br>       vs.<br><br>**JP MORGAN SECURITIES,** a New York business; **JP MORGAN CHASE & CO.**, a New York business; and **DOES 1-100**, inclusive,<br><br>             Defendants. | Case No. 2:12-cv-05689-RSWL-PJW<br><br>**ORDER RE: DISMISSAL**<br><br>Hon. Ronald S.W. Lew |

///

///

///

1
ORDER RE: DISMISSAL

ORDER

Having considered the parties' Stipulation Re: Dismissal, and for good cause shown, this Court now orders as follows:

This matter is ordered dismissed, with each side to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: 12-3-12

**RONALD S.W. LEW**
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge